IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Timothy Taylor, as Personal Representative of the Estate of Brielle Morris, deceased,   )<br>)<br>)<br>)<br>Plaintiff,   )<br>)<br>vs.   )<br>)<br>Bridgestone/Firestone, Inc.;<br>Bridgestone Americas Holding, Inc.;<br>Bridgestone/Firestone North American Tire, LLC; and Bridgestone Corporation,   )<br>)<br>)<br>)<br>)<br>Defendants.   ) | C.A. No. 8:07-1597-HMH<br><br>**OPINION & ORDER** |

Bridgestone/Firestone North American Tire, LLC (hereinafter "Bridgestone/Firestone") is hereby ordered to inform the court of the citizenship of all of its members for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332; Gen. Tech. Applications, Inc. v. Exro Ltda, 388 F.3d 114, 120 (4th Cir. 2004). In addition, Bridgestone Corporation (hereinafter "Bridgestone") is hereby ordered to inform the court of its principal place of business. Bridgestone/Firestone and Bridgestone are ordered to respond within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
July 26, 2007